```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                          :
BRYAN VELAZQUEZ, *on behalf of himself and all*  :
*others similarly situated*,                                     :
                                                          :    1:22-cv-9688-GHW
                                 Plaintiff,  :
                                                          :    <u>ORDER</u>
                      -v -                              :
                                                          :
DECISION GAMES,                                   :
                                                          :
                                 Defendant.  :
                                                          X
-------------------------------------------------------------
GREGORY H. WOODS, United States District Judge:

       On January 23, 2023, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than February 6, 2023.  Dkt. No. 8.  Neither document has been submitted.  Accordingly, the parties are directed to comply with the Court's January 23, 2023 order forthwith, and in no event later than February 13, 2023.

       SO ORDERED.

Dated: February 8, 2023
       New York, New York

                                                        _____
                                                            GREGORY H. WOODS
                                                       United States District Judge