```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                  :
BRYAN VELAZQUEZ, *on behalf of himself and all*  :
*others similarly situated*,                               :
                                                  :    1:22-cv-9688-GHW
                           Plaintiff,       :
                                                  :    <u>ORDER</u>
                        -v -                         :
                                                  :
DECISION GAMES,                               :
                                                  :
                           Defendant.  :
                                                 X
-----------------------------------------------------------------
GREGORY H. WOODS, United States District Judge:

      The parties have filed a proposed stipulation and order at Dkt. No. 15.  The Court will take no action on it because it fails to comply with the relevant rule of the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website.  *See* Rule 1(F).

      SO ORDERED.

Dated: February 14, 2023
       New York, New York

                                                       _____
                                                          GREGORY H. WOODS
                                                      United States District Judge