```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRYAN VELAZQUEZ, *on behalf of himself and all others similarly situated*,

                       Plaintiff,

               -against-

DECISION GAMES,

                       Defendant.
-----------------------------------------------------------------X

1:22-cv-9688-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated November 15, 2022, Dkt. No. 5, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than March 13, 2023. The Court has not received either docket. The parties are directed to comply with the Court's November 15, 2022 order forthwith and in any event no later than March 16, 2023.

      SO ORDERED.

Dated: March 14, 2023
New York, New York

                                                  GREGORY H. WOODS
                                             United States District Judge